UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID ZIPPERER,<br><br>    Defendant. | CASE NO.: 1:18-cv-02608-LLS<br><br>**NOTICE OF MOTION** |

Defendant, DAVID ZIPPERER, by and through undersigned counsel, hereby moves this Honorable Court based on Fed. R. Civ. P. Rules 12(b)(1), (2), (3), and (6) for a dismissal of the Complaint or transfer of venue based on the Memorandum of Law in Support and Declaration of David Zipperer.

Dated:  May 3, 2018

>  */s/Joel B. Rothman*
>  JOEL B. ROTHMAN (JR0352)
>  joel.rothman@sriplaw.com
>
>  **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**
>  4651 N. Federal Hwy
>  Boca Raton, FL 33431
>  561.404.4350 – Telephone
>  561.404.4353 – Facsimile
>
>  *Counsel for Defendant David Zipperer*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on May 3, 2018, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

           */s/Joel B. Rothman*
           JOEL B. ROTHMAN

## **SERVICE LIST**

Ms. Dale Margaret Cendali
Mr. Joshua L. Simmons
Ms. Megan L. McKeown
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
megan.mckeown@kirkland.com

Attorneys for Take-Two Interactive Software, Inc.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431