# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

February 19, 2019

**Via ECF**

Hon. Louis L. Stanton
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Take-Two Interactive Software, Inc. v. Zipperer*, No. 18 Civ. 2608 (LLS)

Dear Judge Stanton:

We represent Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") in the above-referenced litigation. We write in reference to Take-Two's January 31, 2019 letter requesting a pre-motion discovery conference pursuant to Local Civil Rule 37.2 and Your Honor's Individual Rule 2.A. That letter referenced but inadvertently did not attach Exhibits A–D. The exhibits are enclosed with this letter.

Sincerely,

*/s/ Dale Cendali*

Dale Cendali, P.C.

cc:   Counsel of Record (via ECF)

Enclosures